## ROONEY v. STANDARD ROOFING & MATERIAL CO.

No. 11303—Opinion Filed May 29, 1923.

### Appeal and Error—Failure to File Brief— Dismissal.

Where the plaintiff in error fails to file brief as required by rule 7 of this court (47 Okla. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Jarman, C.)

Commissioners' Opinion, Division No. 2.

Error from Superior Court, Muskogee County; Guy F. Nelson, Judge.

Action by the Standard Roofing & Material Company, a corporation, against J. J. Rooney. Judgment for plaintiff, and defendant brings error. Dismissed.

Neff & Neff, for plaintiff in error.

Wm. A. Killey and S. H. Lattimore, for defendants in error.

Opinion by JARMAN, C. The petition in error and case-made were filed in this court April 2, 1920. The plaintiff in error has failed to file brief as required by rule 7 of this court (47 Okla. vi). For failure to comply with this rule this appeal is dismissed for want of prosecution.

By the Court: It is so ordered.